## FOSTER v. STATE.
### No. 18544.

Court of Criminal Appeals of Texas.

Nov. 12, 1936.

Savage, Holder & Oatis, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The evidence heard in the trial court is not brought forward. Nothing is presented by bills of exception or otherwise which would warrant a reversal.

The judgment is affirmed.